**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN VELAZQUEZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BALLARD DESIGNS, INC.,<br><br>    Defendant. | 1: 22-cv-09225-JHR-OTW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Bryan Velazquez ("Plaintiff") and Ballard Designs, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: ____April 21____, 2023

STEIN SAKS, PLLC

By: _/s/ Mark Rozenberg_
Mark Rozenberg
One University Plaza, Ste 620
Hackensack, NJ 07601
Tel: (201) 282-6500
Email: mrozenberg@steinsakslegal.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ Michael F. Fleming_
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel:  (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: _____, 2023

_____
United States District Judge